**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHEN, AN INDIVIDUAL, XIU ZHEN ZHOU, AN INDIVIDUAL,<br><br>           Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, A BUSINESS ENTITY, FORM UNKNOWN; EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; MORTGAGEIT, INC. A NEW YORK CORPORATION, AND DOES 1 THROUGH 100, ALL INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 11-00693 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 25, 2011

                                          VIRGINIA A. PHILLIPS
                                 United States District Judge